*UNITED STATES DISTRICT COURT*
*DISTRICT OF CONNECTICUT*

| | | |
|---|---|---|
| *Gregory Eckleberry* | : | CIVIL ACTION NO.: 3:12-cv-01349-WWE |
| *Plaintiff* | : | |
| | : | |
| *Versus* | : | |
| | : | |
| *Insight Service Group, Inc. d/b/a ISG* | : | March 22, 2013 |
| *Defendant* | : | |

## MOTION FOR SUBSTITUTION

Following the Suggestion of Death recently filed in this matter, and pursuant to Fed. R. Civ. Pro. 25(a), the Administrator of the Estate of Gregory Eckleberry hereby moves that the Estate of Gregory Eckleberry be substituted as the Plaintiff.

Counsel for the Defendant has been notified of the Suggestion of Death and this Motion for Substitution and has no objections to the substitution.

By:   /s/ Robert Fortgang
      Robert Fortgang, ct5437
      Robert Fortgang Associates, LLC
      573 Hopmeadow Street
      Simsbury, CT 06070
      Tel: (860) 658-1055
      Fax: (860) 658-0565
      E-mail: rob@fortgangemploymentlaw.com

-2-

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 22nd day of March 2013, a copy of the foregoing document was sent via email to

Anthony J. Pantuso, III
The Quinn Law Firm
204 Broad Street
Milford, CT 06460
apantuso@quinn-lawfirm.com

        /s/ Robert Fortgang
        Robert Fortgang, ct5437
        Robert Fortgang Associates, LLC
        573 Hopmeadow Street
        Simsbury, CT 06070
        Tel: (860) 658-1055
        Fax: (860) 658-0565
        E-mail: rob@fortgangemploymentlaw.com