UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| *Estate of Gregory Eckleberry* | : | CIVIL ACTION NO.: 3:12-cv-01349-WWE |
|     *Plaintiff* | : | |
| | : | |
|     *Versus* | : | |
| | : | |
| *Insight Service Group, Inc. d/b/a ISG* | : | August 29, 2013 |
|     *Defendant* | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, the Estate of Gregory Eckleberry, and Defendant, Insight Service Group d/b/a ISG, , hereby stipulate to the dismissal of this action with prejudice and without the imposition or award of fees or costs.

        PLAINTIFF, Estate of Gregory Eckleberry

        By:   /s/ Robert Fortgang
               Robert Fortgang, ct5437
               Robert Fortgang Associates, LLC
               573 Hopmeadow Street
               Simsbury, CT 06070
               Tel: (860) 658-1055
               Fax: (860) 658-0565
               E-mail: rob@fortgangemploymentlaw.com

        DEFENDANT, Insight Service Group d/b/a ISG

        By:   /s/
               Anthony J. Pantuso, III
               Fed. Bar No. ct11638
               The Quinn Law Firm, LLC
               204 Broad Street
               Milford, CT 06460
               (203) 877-5400
               (203) 877-5416 (facsimile)
               apantuso@quinn-lawfirm.com

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of August, 2013, a copy of the foregoing document was sent via email to

Anthony J. Pantuso, III
The Quinn Law Firm
204 Broad Street
Milford, CT 06460
apantuso@quinn-lawfirm.com

/s/ Robert Fortgang